JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-6838
   Facsimile:     (415) 436-7234
   Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-0028-MMC |
| Plaintiff, | [~~PROPOSED~~] STIPULATED ORDER CONTINUING STATUS CONFERENCE |
| v. | **Current Hearing Date: May 12, 2010** |
| BRANDON BERNARD, | Time:    2:30 p.m. |
| | Judge:  Hon. Maxine Chesney |
| Defendant. | **Proposed Hearing Date: June 23, 2010** |
| | Time:    2:30 p.m. |

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 09-0028-MMC

1   The above-captioned case is currently scheduled for a status conference on
2   Wednesday, May 12, 2010 at 2:30 p.m.  Counsel for the defendant seeks additional time
3   to investigate issues related to a possible defense in this matter.  Moreover, counsel for
4   the defendant is unavailable on June 2, June 9, and June 16, 2010.
5   Therefore, the parties jointly request that the date for the status conference
6   in this case be continued until June 23, 2010 at 2:30 p.m.
7   Further, the parties stipulate and jointly request that time be excluded from
8   the Speedy Trial Act calculations from Wednesday, May 12, 2010 through Wednesday,
9   June 23, 2010 for effective preparation and continuity of counsel.  The parties agree that
10  the ends of justice served by granting such a continuance outweigh the best interests of
11  the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

## SPEEDY TRIAL ACT IMPLICATIONS

13  Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are sixty-
14  seven (67) days remaining before the trial in this case must commence.  Taking the
15  stipulated time exclusion from Wednesday, May 12, 2010 through Wednesday, June 23,
16  2010 into account, the "speedy trial" date for this matter is August 29, 2010.
17  IT IS SO STIPULATED.

19  ___5-7-10___                               ___/s/___
20  DATED                                      JOSEPH P. RUSSONIELLO
                                               United States Attorney
21                                             Northern District of California
                                               MATTHEW L. McCARTHY
22                                             Assistant United States Attorney

23  ___5-7-10___                               ___/s/___
24  DATED                                      GEOFF ROTWEIN
25                                             Attorney for Brandon Bernard

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 09-0028-MMC                          1

| | |
|---|---|
| 1 | **[PROPOSED]** **ORDER** |

1
2          For good cause shown, the status conference now scheduled for
3  Wednesday, May 12, 2010 is vacated. The matter shall be added to the Court's calendar
4  on Wednesday, June 23, 2010 at 2:30 p.m. for status and possible change of plea.
5          In addition, for the reasons stated above, the Court finds that an exclusion
6  of time from May 12, 2010 through June 23, 2010 is warranted and that the ends of
7  justice served by the continuance outweigh the best interests of the public and the
8  defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the
9  requested continuance would deny defense counsel the reasonable time necessary for
10 effective preparation, taking into account the exercise of due diligence, and would result
11 in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv). Taking the
12 stipulated time exclusion from Wednesday, May 12, 2010 through Wednesday, June 23,
13 2010 into account, the "speedy trial" date for this matter is August 29, 2010.
14         IT IS SO ORDERED.

May 11, 2010
DATED

*/s/ Maxine M. Chesney*
HON. MAXINE M. CHESNEY
United States District Court Judge